**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JONATHAN PAUL NEALY,**

      **Plaintiff,**

vs.                                              CIV No. 20–00698 KRS

**ANDREW SAUL,**
**Commissioner of the Social**
**Security Administration,**

      **Defendant.**

**ORDER GRANTING MOTION TO PROCEED**
**IN FORMA PAUPERIS AND DIRECTING SERVICE**

THIS MATTER coming before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915 (Doc. 2), the Court having considered the Motion and Affidavit, FINDS that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

IT IS FURTHER ORDERED that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

                                              _____
                                              HONORABLE KEVIN SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE