## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

JONATHAN PAUL NEALY,
    **Plaintiff,**

**vs.**

KILOLO KIJAKAZI,
**Acting Commissioner of Social Security,**
    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand to Agency in an order

entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered

in favor of Plaintiff.


_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE